UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DAMIEN C. MADDOX, ET AL.**          **CIVIL ACTION**

**VERSUS**                            **NO. 14-2435**

**MARLIN N. GUSMAN, ET AL.**          **SECTION "J"(1)**

# O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and Petitioners' objection, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiffs' complaint is **DISMISSED WITH PREJUDICE** as frivolous and/or for failing to state a claim on which relief may be granted.

New Orleans, Louisiana, this 19th day of March, 2015.

_____
UNITED STATES DISTRICT JUDGE